# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Coleman, Sharon J. | **2. Court or Organization**<br><br>Northern District of Illinois | **3. Date of Report**<br><br>6/30/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Dristict Judge-Active | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>219 S. Dearborn Street-Chambers 1260<br>Chicago, Illinois 60604 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct professor | Northwestern University School of Law, Chicago, Illnois |
| 2. Member | The Women's Board of University of Chicago |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 6/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Northwestern University School of Law - teaching | $2,500.00 |
| 2. 2019 | State of Illinois Employee Pension Fund: Pension upon retirement age 59.5 | $18,200.00 |
| 3. 2019 | Cook County Employee Retirement Fund: Pension upon retirement age 59.5 | $2,700.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Executive Consultants United, LLC ; Consulting Business |
| 2. 2019 | Blue Cross Blue Shield of Michigan |
| 3. 2019 | Coleman Brothers Barber Shop, LLC |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔]   NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 6/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PHH (transferred from Bank of America) | Rental Property - Mortgage #1, Chicago, IL (Pt. VII, line 4) | M |
| 2. | Cardmember Card | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 6/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Citibank | A | Interest | L | T | | | | | |
| 2. | Chase | A | Interest | J | T | | | | | |
| 3. | Rental Property #1 - Chicago, Il (Purchased 2007 $340,000) | E | Rent | O | W | | | | | |
| 4. | Merrill Lynch Money Market Accout | A | Interest | J | T | | | | | |
| 5. | Merrill Lynch Wealth Management Joint Account | A | Dividend | J | T | | | | | |
| 6. | - First Eagle Global Class I | A | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 7. | Merrill Lynch Money Market Acount | A | Interest | J | T | | | | | |
| 8. | Merrill Lynch Welath Management IRA | D | Dividend | J | T | | | | | |
| 9. | - First Eagle Global Class I | E | Dividend | K | T | Sold (part) | 06/11/19 | K | E | |
| 10. | | | | | | Buy (add'l) | 09/13/19 | K | | |
| 11. | - FPA Crescent Fund Instl Cl | E | Dividend | K | T | Sold (part) | 06/11/19 | K | E | |
| 12. | | | | | | Buy (add'l) | 09/13/19 | K | | |
| 13. | - Permanent Portfolio Fund | E | Dividend | K | T | Sold (part) | 06/11/19 | K | E | |
| 14. | | | | | | Buy (add'l) | 09/13/19 | K | | |
| 15. | - Thornburg Global Opp Fund Cl I | D | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 16. | | | | | | Sold (part) | 06/11/19 | K | E | |
| 17. | | | | | | Buy (add'l) | 09/13/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 6/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Loomis Sayles Global Allocation FD CL Y | E | Dividend | K | T | Buy (add'l) | 06/11/19 | K | | |
| 19. | | | | | Buy (add'l) | 09/13/19 | K | | |
| 20.  -Bank of Amrica, NA RASP (Money Market) | A | Interest | J | T | | | | | |
| 21.  Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 22.  Merrill Lynch Welath Management IRA #2 | D | Dividend | J | T | | | | | |
| 23.  - Thornburg Global Opp Fund Cl I | D | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 24. | | | | | Sold (part) | 06/11/19 | J | A | |
| 25.  -Bank of Amrica, NA RASP (Money Market) | A | Interest | J | T | | | | | |
| 26.  Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 27.  Merrill Lynch Wealth Management IRA #3 | F | Dividend | L | T | | | | | |
| 28.  - Angel Oak Multi Strategy Income Fund | C | Dividend | J | T | Sold (part) | 01/11/19 | J | C | |
| 29. | | | | | Sold (part) | 08/07/19 | J | C | |
| 30. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 31.  - Deutsche Global Hi Inc Cl S | D | Dividend | J | T | Sold (part) | 08/07/19 | J | D | |
| 32. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 33.  - First Eagle Global Class I | C | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 34. | | | | | Buy (add'l) | 08/07/19 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Coleman, Sharon J. | 6/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/13/19 | K | | |
| 36.   - FPA Crescent Fund Instl Cl | C | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 37. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 38. | | | | | Sold (part) | 09/13/19 | K | E | |
| 39.   - IShares RS 1000 Growth | D | Dividend | K | T | Buy (add'l) | 01/14/19 | J | | |
| 40. | | | | | Sold (part) | 08/08/19 | L | F | |
| 41. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 42.   - IShares RS 1000 Value | D | Dividend | J | T | Buy (add'l) | 01/14/19 | J | | |
| 43. | | | | | Sold (part) | 08/08/19 | K | E | |
| 44. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 45.   - IShares RS 2000 Growth | D | Dividend | J | T | Buy (add'l) | 01/14/19 | J | | |
| 46. | | | | | Sold (part) | 08/08/19 | K | E | |
| 47. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 48.   - IShares RS 2000 Value | D | Dividend | J | T | Buy (add'l) | 01/14/19 | J | | |
| 49. | | | | | Sold (part) | 08/08/19 | J | D | |
| 50. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 51.   - Loomis Sayles Global Allocation Fd | D | Dividend | J | T | Buy (add'l) | 08/07/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 6/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/13/19 | K | E | |
| 53.   - Loomis Sayles Strategic Inc Fd | D | Dividend | J | T | Sold (part) | 08/07/19 | J | D | |
| 54. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 55.   - Lord Abbett Short Dur Income Fd | D | Dividend | J | T | Sold (part) | 01/11/19 | J | D | |
| 56. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 57. | | | | | Sold (part) | 08/07/19 | K | E | |
| 58. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 59.   - Lord Abbett Bond Debenture Fd | D | Dividend | J | T | Sold (part) | 08/07/19 | J | D | |
| 60. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 61.   -Mainstay Short Duration Hi Yld Fund | D | Dividend | J | T | Sold (part) | 08/07/19 | J | D | |
| 62. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 63.   - Oakmrk Intl Fund | E | Dividend | K | T | Buy (add'l) | 01/11/19 | K | | |
| 64. | | | | | Sold (part) | 08/07/19 | K | E | |
| 65. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 66.   - Oppenheimer Dev Mkts Fund | C | Dividend | J | T | Sold (part) | 01/11/19 | J | C | |
| 67. | | | | | Sold (part) | 08/07/19 | K | E | |
| 68. | | | | | Buy (add'l) | 09/13/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 6/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Oppenheimer Senior Floating Rate Fd | C | Dividend | J | T | Sold (part) | 01/11/19 | J | C | |
| 70. | | | | | Sold (part) | 08/07/19 | J | D | |
| 71. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 72.  - Oppenheimer Intl Small Company Fd | C | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 73. | | | | | Sold (part) | 08/07/19 | J | D | |
| 74. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 75.  - Pear Tree Polaris Foreign Val Sm Cap Fd | D | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 76. | | | | | Sold (part) | 08/07/19 | J | C | |
| 77. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 78.  - Permanent Portfolio Fund | C | Dividend | J | T | Buy (add'l) | 01/11/19 | J | | |
| 79. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 80. | | | | | Sold (part) | 09/13/19 | K | E | |
| 81.  - PIMCO Total Return Fund | C | Dividend | J | T | Sold (part) | 01/11/19 | J | C | |
| 82. | | | | | Sold (part) | 08/07/19 | J | D | |
| 83. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 84.  - Prudential Short Trerm Corp Bond Fund | D | Dividend | J | T | Sold (part) | 01/11/19 | J | D | |
| 85. | | | | | Buy (add'l) | 04/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coleman, Sharon J.** | 6/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 08/07/19 | K | E | |
| 87. | | | | | Buy<br>(add'l) | 09/13/19 | J | | |
| 88.   - Templeton Global Bond Fund | C | Dividend | J | T | Sold<br>(part) | 01/11/19 | J | C | |
| 89. | | | | | Sold<br>(part) | 08/07/19 | J | D | |
| 90. | | | | | Buy<br>(add'l) | 09/13/19 | J | | |
| 91.   - Thornburg Global Opp Fund Cl I | C | Dividend | J | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 93. | | | | | Sold<br>(part) | 09/13/19 | K | E | |
| 94.   - Wisdomtree Em Small Cap | D | Dividend | J | T | Sold<br>(part) | 08/08/19 | J | D | |
| 95. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 96.   -Bank of America, NA RASP (Money Market) | A | Interest | J | T | | | | | |
| 97.   Bright Start College Savings Program | A | Interest | K | W | | | | | |
| 98. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Coleman, Sharon J.** | 6/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharon J. Coleman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544